UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                 CASE NO: 2:16-cr-81-FtM-38CM

JERRY BROWDY

### ORDER

This matter comes before the Court on Motion to Exceed CJA Cap on Attorney's Fees (Doc. #281) filed on July 6, 2017.  Counsel filed this motion with the court seeking partial payment of attorney's fees for representation of the defendant.  However, the correct procedure for the undersigned is to submit the motion or memorandum with the submission of the CJA 20 voucher and not within the CM/ECF system.  As counsel has properly submitted the motion in support of the CJA 20 voucher in the eVoucher system, this motion will be denied as moot.

Accordingly, it is now

**ORDERED:**

The Motion to Exceed CJA Cap on Attorney's Fees (Doc. 281) is **DENIED as moot**. The motion has been attached to defense counsel's CJA 20 submitted in the Middle District of Florida's eVoucher system and will be taken under consideration during review of that voucher.

**DONE AND ORDERED** at Fort Myers, Florida, this July 14, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record